| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF SOUTH CAROLINA |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Jeff Mills & Co., LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **56-2191111** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **2652 Starnes Road** <br> **Edgemoor, SC 29712** <br> Number, Street, City, State & ZIP Code <br><br> **Chester** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Jeff Mills & Co., LLC**_____   Case number (*if known*)_____
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor **Jeff Mills & Co., LLC** _____ Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Jeff Mills & Co., LLC**_____  Case number (*if known*)_____
      Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 10, 2019**
                MM / DD / YYYY

**X** **/s/ Jeanna M. Mills**_____   **Jeanna M. Mills**_____
    Signature of authorized representative of debtor      Printed name

Title   **Member**_____

**18. Signature of attorney**

**X** **/s/ Joseph E. Mitchell, III**_____   Date   **June 10, 2019**_____
    Signature of attorney for debtor                 MM / DD / YYYY

**Joseph E. Mitchell, III**
Printed name

**Joseph E. Mitchell, III, P.C.**
Firm name

**Post Office Box 2504**
**Augusta, GA 30903-2504**
Number, Street, City, State & ZIP Code

Contact phone  **706-826-1808**   Email address   **mitchellje@bellsouth.net**

**6115 SC**
Bar number and State

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of South Carolina

In re  **Jeff Mills & Co., LLC**                                              Case No.
Debtor(s)                                                                                Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **1,800.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **1,800.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor      ■ Other (specify):    **Jeff Mills and/or Jeanna Mills**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **adversary proceedings, 362 motions, motions to dismiss;**
   **Counsel may seek approval of other fees pursuant to Operating Order 09-01 & 13-02**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 10, 2019** | **/s/ Joseph E. Mitchell, III** |
| *Date* | **Joseph E. Mitchell, III** |
| | *Signature of Attorney* |
| | **Joseph E. Mitchell, III, P.C.** |
| | **Post Office Box 2504** |
| | **Augusta, GA 30903-2504** |
| | **706-826-1808   Fax: 706-826-7959** |
| | **mitchellje@bellsouth.net** |
| | *Name of law firm* |

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re   **Jeff Mills & Co., LLC**                                                                           Case No.  _____
                                                    Debtor(s)                                               Chapter      **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

    (a)    _____ computer diskette

    (b)    _____ scannable hard copy
(number of sheets submitted _____)

    (c)    __**X**__ electronic version filed via CM/ECF


Date:   **June 10, 2019**                              /s/ **Jeanna M. Mills**
                                                       **Jeanna M. Mills**/**Member**
                                                       Signer/Title

Date:   **June 10, 2019**                              /s/ **Joseph E. Mitchell, III**
                                                       Signature of Attorney
                                                       **Joseph E. Mitchell, III**
                                                       **Joseph E. Mitchell, III, P.C.**
                                                       **Post Office Box 2504**
                                                       **Augusta, GA 30903-2504**
                                                       **706-826-1808   Fax: 706-826-7959**
                                                       Typed/Printed Name/Address/Telephone

                                                       **6115 SC**
                                                       District Court I.D. Number

```
ARC MANAGEMENT GROUP LLC
1825 BARRETT LAKES BLVD
STE 505
FOR WAYNE EMERGENCY GROUP
KENNESAW GA 30144-7518


ARCO HARDWARE
3711 COMMUNITY ROAD
BRUNSWICK GA 31520


BANK OF AMERICA
P. O. BOX 15019
WILMINGTON DE 19886-5019


BARCLAYS CARD
P O BOX 13337
PHILADELPHIA PA 19101-3337


BEAUFORT COUNTY TREASURER
P O DRAWER 487
BEAUFORT SC 29901-0497


BERLIN MYERS LUMBER
P O BOX 965
SUMMERVILLE SC 29483


BLUE TARP
P O BOX 17825
PORTLAND ME 04112


BUILDERS MUTUAL GL AUDIT
P O BOX 15005
RALEIGH NC 27624-0005


BUILDERS MUTUAL WC AUDIT
P O BOX 15005
RALEIGH NC 27624-0005


CAPITAL ONE
P. O. BOX 71083
CHARLOTTE NC 28272


CAROLINA COASTAL HOSPITAL
1000 MEDICAL CENTER DRIVE
HARDEEVILLE SC 29927
```

```
CHASE BANK CARD
P O BOX 15298
WILMINGTON DE 19850-5298


CHOATE CONSTRUCTION CO
C/O ALAN ROSS BELCHER JR ESQ
111 COLEMAN BLVD STE 301
MOUNT PLEASANT SC 29464


CHOATE CONSTRUCTION CO
C/O DANIELLE F. PAYNE ESQ
735 JOHNNIE DOBBS BLVD STE 200
MOUNT PLEASANT SC 29464


CLP SYSTEMS
NCS 729 MINER RD
CLEVELAND OH 44143


COASTAL CAROLINA MEDICAL CENTER
P O BOX 163279
COLUMBUS OH 43216-3279


CONTRACTOR NAIL & TOOL
P O BOX 633
MOUNT PLEASANT SC 29465-7116


E.K. HAIGHT, JR. ESP
P O DRAWER 6067
HILTON HEAD ISLAND SC 29938


ESPY LUMBER CO. INC
3785 ARGEN BLVD
RIDGELAND SC 29936


GA DEPT OF LABOR
PO BOX 38486
ATLANTA GA 30334-0486


GA DEPT OF REVENUE
1800 CENTURY BLVD NE STE 2206
BANKRUPTCY SECTION
ATLANTA GA 30345-3205
```

```
GEORGIA DEPT OF LABOR
148 ANDREW YOUNG INTERNATIONAL BLVD, NE
ATLANTA GA 30303


GEORGIA DEPT OF REVENUE
COMPLIANCE DEPT
P. O. BOX 105499
ATLANTA GA 30348-5499


GRAYCO
P O BOX 1805
BLUFFTON SC 29910


HAMPTON HALL LLC
C/O MICHAEL A SCARDATO ESQ
PO BOX 1431
CHARLESTON SC 29402


HARRIS ACE HARDWARE
386 W CHERRY STREET
JESUP GA 31545


HERITAGE FOREST PRODUCTS
PO BOX 2460
DELAND FL 32721


HOME DEPOT
PO BOX 9001030
LOUISVILLE KY 40290


HOME DEPOT CREDIT SERVICES
P O BOX 9001030
LOUISVILLE KY 40290-1030


HOWARD LUMBER
P O BOX 726
STATESBORO GA 30459


HUITZI CARPENTRY LLC
15 EDISTO COURT
OKATIE SC 29909
```

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


LOWES
SYNCRONY BANK
PO BOX 530970
ATLANTA GA 30353


LPA COLEMAN LLC
C/O ALAN ROSS BELCHER JR ESQ
111 COLEMAN BLVD STE 301
MOUNT PLEASANT SC 29464


NCS
FOR CLP SYSTEMS
729 MINER ROAD
CLEVELAND OH 44143


RED
8200 ROBERTS DRIVE
STE 600
ATLANTA GA 30350


SC DEPT OF REVENUE
P O BOX 2535
COLUMBIA SC 29202-2535


SCHUMACHER CLINICAL PARTNERS
P O BOX 731584
DALLAS TX 75373-1584


SOUTH STATE BANK
P O BOX 118068
CHARLESTON SC 29423


SOUTH STATE BANK CREDIT SERVICES
P O BOX 108
SAINT LOUIS MO 63166-0108


SOUTHERN CARLSON
C/O JEFFREY M QUINN, ESQ
P O BOX 596
DREXEL HILL PA 19026
```

```
STEVEN SMITH ESQ
P O BOX 40578
CHARLESTON SC 29423


SYNCHRONY BANK
FOR LOWE'S
P. O. BOX 530914
ATLANTA GA 30353


TARGET CARD SERVICES
P O BOX 660170
DALLAS TX 75266-0170


TIM'S CRANE
C/O TOM SPEER
C2C RESOURCES
56 PERIMETER CENTER E, STE 100
ATLANTA GA 30346


VENTURE INC OF BEAUFORT
C/O DENSON H. FRASER JR ESQ
PO BOX 22512
HILTON HEAD ISLAND SC 29925


VENTURE INC OF BEAUFORT
10 SAM'S POINT RD
LADYS ISLAND SC 29907


WAYNE EMERGENCY GROUP
1825 BARRETT LAKES BLVD
STE 505
KENNESAW GA 30144


WELLS FARGO CREDIT LINE
P O BOX 29482
PHOENIX AZ 85038-8650
```

# United States Bankruptcy Court
## District of South Carolina

In re  **Jeff Mills & Co., LLC**                                                     Case No.
                          Debtor(s)                                                  Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Jeff Mills & Co., LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 10, 2019** | **/s/ Joseph E. Mitchell, III** |
| Date | **Joseph E. Mitchell, III** |
| | Signature of Attorney or Litigant |
| | Counsel for **Jeff Mills & Co., LLC** |
| | **Joseph E. Mitchell, III, P.C.** |
| | **Post Office Box 2504** |
| | **Augusta, GA 30903-2504** |
| | **706-826-1808 Fax:706-826-7959** |
| | **mitchellje@bellsouth.net** |